UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN THE MATTER OF RULE 45 SUBPOENA ISSUED TO SANDOZ INC. IN:** <br><br> IN RE TEVA SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: | Case No. 1:20-mc-00213 <br><br> Underlying Litigation: United States District Court for the District of Connecticut, Case No. 3:17-00558 (SRU) <br><br> ALL ACTIONS |

## NOTICE OF MOTION TO COMPEL SANDOZ INC., OR ALTERNATIVELY, TO TRANSFER

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 22, 2020, and accompanying Declaration of Joseph A. Fonti, dated May 22, 2020, with exhibits annexed thereto, Lead Plaintiff Ontario Teachers' Pension Plan Board and Named Plaintiff Anchorage Police & Fire Retirement System ("Plaintiffs") will move this Court at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by this Court, for an Order, pursuant to Rule 45 of the Federal Rules of Civil Procedure, compelling Sandoz Inc. ("Sandoz") to comply with the subpoena to produce documents served on Sandoz in the shareholder securities class action *In re Teva Securities Litigation*, No. 3:17-00558(SRU) (D. Conn.), or alternatively, to transfer this motion to compel to the issuing court, and for such other relief as the Court deems just and proper.

**DATED: May 22, 2020**

/s/ *Joseph A. Fonti*

Joseph A. Fonti
Evan A. Kubota
Benjamin F. Burry
Thayne Stoddard

**BLEICHMAR FONTI & AULD LLP**
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com
ekubota@bfalaw.com
bburry@bfalaw.com
tstoddard@bfalaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board,*
*and for Named Plaintiff Anchorage*
*Police & Fire Retirement System,*
*and Lead Counsel for the Class*

Marc J. Kurzman (ct01545)
Christopher J. Rooney (ct04027)
**CARMODY TORRANCE**
**SANDAK & HENNESSEY LLP**
707 Summer Street, Suite 300
Stamford, CT 06901
Telephone: (203) 252-2680
Facsimile: (203) 325-8608
mkurzman@carmodylaw.com
crooney@carmodylaw.com

*Local Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board,*
*and for Named Plaintiff Anchorage*
*Police & Fire Retirement System*